PEOPLE ex rel. McPIKE, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by the people of the state of New York, on the relation of James McPike, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. QUINN v. MOSS et al. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by the people of the state of New York, on the rela-

tion of Christopher Quinn, against Frank Moss and others. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 1112.